# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147700

UAW, UAW LOCAL 6000, MICHIGAN
CORRECTIONS ORGANIZATION SEIU
LOCAL 526, MICHIGAN PUBLIC EMPLOYEES
SEIU LOCAL 517M, and MICHIGAN STATE
EMPLOYEES ASSOCIATION AFSCME
LOCAL 5,
      Plaintiffs-Appellants,

v

NINO ERWIN GREEN, EDWARD D.
CALLAGHAN, ROBERT LABRANT,
GOVERNOR OF MICHIGAN, and ATTORNEY
GENERAL,
      Defendants-Appellees.

SC: 147700
COA: 314781

_____/

On order of the Court, the application for leave to appeal the August 15, 2013 judgment of the Court of Appeals is considered, and it is GRANTED. We direct the Clerk to schedule the oral argument in this case for the same future session of this Court when it will hear oral argument in *Mich Coalition of State Employee Unions v Michigan* (Docket No. 147758).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014

s0122

Clerk